**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1030**

_____

ROBERT JAMES KENNY,

                                    Plaintiff - Appellant,

        versus

THE RICHMOND COLISEUM,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-99-340-3)

_____

Submitted:  March 23, 2000          Decided:  March 30, 2000

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert James Kenny, Appellant Pro Se.  Brian Charles Riopelle, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Kenny appeals from the district court's order denying his motion to set aside a prior order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kenny's motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Kenny v. Richmond Coliseum, No. CA-99-340-3 (E.D. Va. Dec. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED